## Ephriam B. Collins, Appellee, v. Frank Drab, Appellant.

### Gen. No. 23,191.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 31, 1918. Rehearing denied February 7, 1918.

### Statement of the Case.

Action by Ephriam B. Collins, plaintiff, against Frank Drab, defendant. There was judgment entered by confession for plaintiff for $125 and costs. From an order denying his motion to set it aside, defendant appeals.

ALFRED E. BARR and FRANK W. BIGELOW, for appellant.

No appearance for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 24*—*what is final order.* An order denying a motion to vacate a judgment is final and, under section 21 of the Municipal Court Act (Rev. St. ch. 37, J. & A. ¶ 3333), no subsequent motion to vacate it will lie, but the only method of reviewing it is by appeal or writ of error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.